United States District Court
for the District of New Jersey

UNITED STATES OF AMERICA            :
                                    :
                Plaintiff            :   Criminal No. 96-0334
                                    :
       v.                            :
                                    :
                                    :   Order of Reassignment
DAVID DWECK                          :
                                    :
                Defendant            :

It is on this 27th day of May 2008,

O R D E R E D that the entitled action is reassigned

from Judge John W. Bissell to Judge Joseph A. Greenaway.


                          S/Garrett E. Brown, Jr.
                          Garrett E. Brown, Jr., Chief Judge
                          United States District Court