CHRISTOPHER J. CHRISTIE
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:VC)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | Hon. JOHN W. BISSELL |
| | *Plaintiff,* | CRIMINAL No. 96-334 |
| v. | | **APPLICATION AND ORDER** |
| **DAVID DWECK,** | | **FOR WRIT OF GARNISHMENT** |
| | *Defendant,* | |
| and | | |
| **WACHOVIA,** and its successors or assigns, | | |
| | *Garnishee.* | |

The United States of America, plaintiff, makes this application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, David Dweck, social security number *******2035, whose last known address is 40 Pleasant Pl., Deal, NJ 07723 in the above cited action in the amount of $70,000.00, plus interest at the rate of 5.6% per annum and penalties.

The total balance due and owing as of April 28, 2008 is $104,499.97.

Demand for payment of the above-stated debt was made upon the debtor not less than 30 days from April 28, 2008, and debtor has failed to satisfy the debt.

The Garnishee is believed to have possession of property in which David Dweck has a substantial non-exempt interest. More specifically, the Garnishee is a financial institution which is believed to have in its custody, control, or possession, property belonging to the judgment debtor, David Dweck.

The name and address of the Garnishee or his authorized agent is:

> Wachovia
> c/o Corporation Service Company
> 830 Bear Tavern Road
> West Trenton, NJ 08628

Based upon the foregoing, the United States respectfully requests the Court to enter an Order directing the Clerk of the United States District Court to issue a Writ of Garnishment.

CHRISTOPHER J. CHRISTIE
United States Attorney

By: LEAH A. BYNON
Assistant U.S. Attorney

IT IS, on this 28th day of May, 2008,

**ORDERED**, that the Clerk of the Court shall issue the Writ of Garnishment.

HON. JOHN W. BISSELL, JUDGE
UNITED STATES DISTRICT COURT
Joseph A. Greenaway, Jr.